# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT MORRIE HAYES, | Case No. 3:20-cv-00631-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| NEVADA ATTORNEY GENERAL, *et al.*, | |
| Respondents. | |

Robert Morrie Hayes' 28 U.S.C. § 2254 petition for writ of habeas corpus is primarily before the Court on several motions for extension of time filed by both parties. The Court finds good cause exists to grant the pending motions discussed below.

It is therefore ordered that Respondents' four motions to extend time to file a response to the petition (ECF Nos. 5, 7, 8, 9) are all granted *nunc pro tunc*.

It is further ordered that Respondents' motion to waive compliance with LSR 3-3(C) by filing the complete state-court record in the fashion customarily used in federal habeas proceedings (ECF No. 6) is granted.

It is further ordered that Petitioner's motion for extension of time to file a response to the motion to dismiss (ECF No. 14) is granted. Petitioner must file his response on or before November 1, 2021.

DATED THIS 24th Day of September 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE