

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT MORRIE HAYES,<br><br>Petitioner,<br><br>v.<br><br>NEVADA ATTORNEY GENERAL, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00631-MMD-CSD<br><br>ORDER |

Respondents seek a brief extension of time to file their answer to Robert Morrie Hayes' 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 23.) The motion is unopposed. The Court finds good cause exists to grant the motion.

It is therefore ordered that Respondents' motion to extend time to file an answer to the petition (ECF No. 23) is granted. The deadline to file the answer to the petition for writ of habeas corpus is April 8, 2022.

DATED THIS 29th Day of March 2022.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT