UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT MORRIE HAYES,<br><br>                Petitioner,<br>     v.<br>NEVADA ATTORNEY GENERAL, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-00631-MMD-CSD<br><br>ORDER |

Respondents seek a five-day extension of time (ECF No. 25) to file their answer to Petitioner Robert Morrie Hayes' 28 U.S.C. § 2254 petition for writ of habeas corpus (ECF No. 1). The motion is unopposed. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the extension.

It is therefore ordered that Respondents' second motion to extend time to file an answer to the petition (ECF No. 25) is granted. Respondents must file their answer to the petition no later than April 13, 2022.

DATED THIS 11th Day of April 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE