UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT MORRIE HAYES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN KYLE OLSEN, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00631-MMD-CSD<br><br>ORDER |

28 U.S.C. § 2254 habeas corpus Petitioner Robert Morrie Hayes seeks a 14-day extension of time to file a reply in support of his petition. (ECF No. 30.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first motion for extension of time to file a reply in support of his petition (ECF No. 30) is granted. The deadline to file the reply in support of the petition for writ of habeas corpus is extended to June 14, 2022.

DATED THIS 1st Day of June 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE